## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**LARRY JOHNSON**                                                             **PLAINTIFF**

**v.**                                   **Case No. 4:25-cv-00021-KGB**

**WATKINS** *et al.*                                                          **DEFENDANT**

## ORDER

Before the Court are the Proposed Findings and Recommendations ("Recommendations") submitted by Chief United States Magistrate Judge Jerome T. Kearney (Dkt. No. 8). Plaintiff Larry Johnson has not filed any objections, and the time to file objections has passed. Accordingly, after careful consideration, the Court approves and adopts the Recommendations in their entirety as this Court's findings in all respects (*Id.*). Johnson's complaint is dismissed without prejudice for failure to prosecute. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

It is so ordered this 15th day of June, 2026.

_____
Kristine G. Baker
Chief United States District Judge