**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**LARRY JOHNSON**                                                    **PLAINTIFF**

**v.**                              **Case No. 4:25-cv-00021-KGB**

**WATKINS** *et al.*                                               **DEFENDANT**

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Larry Johnson's complaint is dismissed without prejudice.  The relief sought is denied.  The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken in this action is considered frivolous and not in good faith.

It is so adjudged this 15th day of June, 2026.

Kristine G. Baker
Chief United States District Judge